FILED

JUN 1 8 2019

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>DENNIS WALLACE HAGGERTY<br><br>                Defendant(s). | Case No.: **19MJ2525**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of Ammunition; |

The undersigned complainant being duly sworn states:

## COUNT ONE

On or about May 23, 2019, within the Southern District of California, Dennis Wallace HAGGERTY, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a ammunition that affected interstate commerce, to wit: 65 rounds of .223 caliber rifle ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

_____
Scott Brahin
Special Agent, ATF

Sworn to me and subscribed in my presence this _18_ day of June, 2019.

_____
HON. BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE

## **PROBABLE CAUSE STATEMENT**

On May 23, 2019, California Department of Corrections and Rehabilitation parole agents assigned to the United States Marshals Service Fugitive Task Force ("FTF") set up surveillance at the residence of Dennis Wallace HAGGERTY ("HAGGERTY")'s girlfriend, D.M., at 3628 S. Bonita Street #3 in Spring Valley, California. The agents had an arrest warrant for HAGGERTY, who had violated his parole conditions relating to a previous felony conviction for violating California Penal Code 245(a)(2) – Assault with a Firearm. During their surveillance, agents observed Markey park and exit her 2002 Chevrolet Suburban, and then walk to an upstairs apartment and enter into unit #3. The agents attempted to speak with D.M. in the parking lot but she was uncooperative and refused to answer agent's questions.

After D.M. entered unit 3 and closed the door behind her, the agents followed and knocked on the door while also identifying themselves as law enforcement personnel. HAGGERTY, identified by agents by his physical descriptors and visible tattoos, opened the door and security screen. The agents placed HAGGERTY into handcuffs. They then conducted a security sweep of the residence while HAGGERTY and D.M. were detained.

During a subsequent non-custodial recorded interview with D.M., agents asked her if there were any firearms in the residence, and she said there was a pistol on the floor of the hallway closet, beneath a trash bag. The agents located a Hi-Point C9, 9mm semi-automatic pistol with serial number P10025737, with one 9mm round chambered into the breach of the firearm. The pistol was accessible to anyone in the residence.

Agents asked D.M. if she had any contraband in her vehicle. She stated she did not, and consented to her vehicle being searched. During the agents' search, in the third row seating area, they discovered a black and tan canvas bag that contained: 1) an AR-15 style pistol, .223 caliber, affixed with a mounted laser sight, with no identifiable markings or serial number; 2) two large-capacity .223 magazines duct taped together; 3) miscellaneous firearms parts and accessories, including a pistol holster, cable lock, laser sight parts, and ear plugs; 4) large-capacity magazine with 29 rounds of .223 ammunition; 5) 36 rounds of .223 ammunition tied up inside a white sock; and 6) and lubricating gun oil.

D.M. said HAGGERTY, who she has dated for 2 years, borrowed her 2002 Chevrolet Suburban (CA license plate 7TEY518) at around midnight the previous evening and returned back home to the apartment 45 minutes later. Agents informed her that they found an AR-15 in the vehicle, and asked if it belonged to her, to which she responded, "Fuck no." She also expressed anger toward HAGGERTY that the firearm was found where her children might sit, adding, "That's not okay. And granted, I know he didn't do it thinking that my kids, you know…because he's obviously the one who put it there." She confirmed that only she and HAGGERTY had access to the vehicle.

The ammunition was seized and inspected. Preliminary checks revealed that the ammunition was not manufactured in California. Therefore, the ammunition traveled in, and/or affected interstate commerce to arrive in the state of California. A criminal history query for HAGGERTY resulted in two 2012 felony convictions for violations of California

Penal Code section 246-Shooting at an Unoccupied Dwelling, and California Penal Code section 245-Assault with a Firearm on a Person, followed by an 80 month prison sentence.